1  **CARLSON & MESSER LLP**
   Charles R. Messer (SBN 101094)
2  messerc@cmtlaw.com
   David J. Kaminski (SBN 128509)
3  kaminskid@cmtlaw.com
   Stephen A. Watkins (SBN 205175)
4  watkinss@cmtlaw.com
    9841 Airport Boulevard, Suite 1200
5  Los Angeles, CA 90045
   Telephone: (310) 242-2200
6  Facsimile: (310) 242-2222
7  *Attorneys for Defendant,*
   *EQUIDATA, INC.*
8
9                  **UNITED STATES DISTRICT COURT**
10                  **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| JONATHAN HENSLEY, Individually And On Behalf Of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIDATA, INC.,<br><br>  Defendant. | Case No. 2:17-cv-02606- JFW-AGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

    Having considered the parties' Stipulation to Dismiss, the above-entitled action is hereby dismissed, without prejudice.  Each party shall bear its own costs and expenses.

    IT IS SO ORDERED.

Dated: _____            _____
                                  Hon. John F. Walker
                                  UNITED STATES DISTRICT JUDGE

{00070031;1}

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{00070031;1}