**CARLSON & MESSER LLP**
Charles R. Messer (SBN 101094)
messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com                                JS-6
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
 9841 Airport Boulevard, Suite 1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
*Attorneys for Defendant,*
*EQUIDATA, INC.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HENSLEY, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIDATA, INC.,<br><br>Defendant. | Case No. 2:17-cv-02606- JFW-AGR<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Having considered the parties' Stipulation to Dismiss, the above-entitled action is hereby dismissed, without prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated: July 20, 2017

_____
Hon. John F. Walter
UNITED STATES DISTRICT JUDGE

{00070031;1}